STATE of Missouri, Respondent,

v.

Audrey Ann SPRING, Appellant.

No. WD 38956.

Missouri Court of Appeals,
Western District.

Aug. 18, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 29, 1987.

Application to Transfer Denied
Nov. 17, 1987.

L.R. Magee of Hines & Magee, Kansas City, for appellant.

William L. Webster, Atty. Gen., Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and
NUGENT and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for stealing by deceit, in violation of § 570.030, RSMo 1986.

Judgment affirmed.   Rule 30.25(b).